Pro Se 14 (INND Rev. 2/20)



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

Courtney Parker
*[You are the PLAINTIFF, print your full name on this line.]*

v.

Wendy Knight
*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

Case Number 2:23cv345
*[For a new case in this court, leave blank.
The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]* Wendy Knight Warden Of C.I.F. | Correctional Industrial Facility 5124 West Reformatory Road Pendleton, IN 46064 |
| 2 | *[Put the names of any other defendants in these boxes.]* Captain Ridgeway Sergeant Wilson | Correctional Industrial Facility 5124 West Reformatory Road Pendleton, In. 46064 |
| 3 | Investigator D. Depaski Investigator Fields | Correctional Industrial Facility 5124 West Reformatory Road Pendleton, IN 46064 |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? Six (6)

2. What is the name and address of your prison or jail? Indiana State Prison
1 Park Row Michigan City, In. 46360

3. Did the event you are suing about happen there? ○ Yes. ● No, it happened at: Corr.
Industrial Facilty 5124 West Reformatory Road Pendleton, In. 46064

4. On what date did this event occur? 1-13-22 / 1-10-23

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT:** Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Paragraph One:
Wendy Knight is the warden of the Correction Industrial Facility and over all Correction Industrial Facility employees. It is through her that the standard lock downs and how the bathroom system is operated.

Paragraph two:
Captian Ridgeway is one part at fault for not allowing my rage out after lockdown to utilize the restroom, resulting in me developing an enlage. prostate and now prescribed "Tamsulosin (Flomax)" to now control my urine flow, On 1-13-22 he & Sgt. Wilson decided to not let me use the restroom.

Paragraph Three:
Sergeant Wilson is one part at fault for not allowing my range out after lock down to utilize the restroom, resulting in me developing an enlarge prostate and now prescribed "Tamsulosin (Flowmax)" to now control my urine Flow. On 1-13-22 he & Captian Ridgeway decided to not let my range use the restroom

Paragraph Four:
On 1-10-23 Investigator Fields lock me in a reviewroom to respond to the visitor room where it was alledged that there was visitor trafficing

Pro Se 14 (INND Rev. 2/20)

Claims and Facts (continued)

with inmates. After developing the urge to use the restroom I knock at the door Seven (7) times seeking other Investigating staff attention that can be heard in the office next door & across from the interview room talking. No one apart of the investigator staff answered to my call for help to use the restroom, nor did Investigator Fields inform other investigators to assist me in his abscense or return to allow me to use the restroom himself. Resulting in me relieving myself in a chair in the interview room that lead to an A conduct report for bodily Fluids,

Paragraph True:

On 1-10-23 I was left unattended in a investigator interview room, I became overwhelmed by the urge to urinate. I knock at the door seven (7) times seeking investigator D. Deposki attention who can be heard talking. investigator D. Deposki ignored my knocking only to enter the interview room minutes later to find that I had urinated in a chair and attempted to clean it with paper towel. Investigator D. Deposki ignored me seeking assistence to use the restroom and wrote me up on an A conduct report for bodily Fluids, causing me to be placed in Indiana State Prison on administrative segregation and not allowed to get into any programs,

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?

- ○ Before I was confined.
- ○ While I was confined awaiting trial.
- ● After I was convicted while confined serving the sentence.
- ○ Other: _____

6. Have you ever sued anyone for this exact same event?

- ● No.
- ○ Yes, attached is a copy of the final judgment <u>OR</u> an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?

- ○ No, this event is not grievable at this prison or jail.
- ● Yes, I filed a grievance and attached is a copy of the response from the final step.
- ○ Yes, this event was grievable, but I did not file a grievance because _____

_____

_____

_____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   *[NOTE: A case filed on this form will not overturn your conviction or change your release date.]*

<u>Order all defendants to pay to the plaintiff $10,000</u>

_____

_____

_____

_____

*[Initial Each Statement]*

_C. P._ I will pre-pay the filing fee <u>OR</u> file a prisoner motion to proceed in forma pauperis.

_C. P._ I will keep a copy of this complaint for my records.

_C. P._ I will promptly notify the court of any change of address.

_C. P._ I <u>WILL NOT</u> send more than one copy of any filing to the court.

_C. P._ I <u>WILL NOT</u> send summons, USM-285, or waiver forms to the clerk.

_C. P._ I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on _9_ / _10_ /20_23_ at _3:20_ am/(pm).
   *[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]*

_Courtney Parker_                                    _16 1825_
Signature                                            Prisoner Number

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

| To:<br>**Facility Grievance Specialist** | Facility<br>C. I. F. | | Date (month, day, year)<br>1/15/22 |
|---|---|---|---|
| From (name of offender)<br>Courtney I. C. Parker | DOC number<br>161825 | Signature of offender<br>Courtney L C Parker | |
| Housing assignment<br>B 3  29 B | | Date of incident (month, day, year)<br>1-13-22 | |

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance.
(NOTE: A Single ONE-sided sheet of paper may be attached if necessary to explain your grievance.)

ON 1, 13, 2022 during the hours 5:30 p.m. through 8:30 p.m. the Custody Staff here at the Correctional Industrial Facility Neglected their duty to allow me to utilize the restroom. Housed on the Second Floor in 29 B, on the 1-3 side of B, I was Not afforded the opportunity to use the restroom as those that are housed on the First floor were. Causing me to experience unbearable testicle pain. Violating the two (2) hour state law that is in affect to insure the fact that inmates utilize the restroom in a respectable time frame.

I was placed on lock down by Sgt. Willson as he was given a order by Captain Ridgeway

State the relief that you are seeking.

1.) All ranges be allowed to use bathrooms at the same time.

2.) To See medical personnel for testicle pain without being charged the $100.00 fee

3.) To be provided out patient care on behalf of testicle pain

| Signature of Facility Grievance Specialist<br>Ros | Date (month, day, year)<br>1-18-22 |
|---|---|

**REQUEST FOR HEALTH CARE**
INDIANA DEPARTMENT OF CORRECTION

State Form 45913 (R3 / 9-12)
Approved by State Board of Accounts, 2012

7613 CIF

## TO BE COMPLETED BY OFFENDER

I request Health Care Services as follows:

Medication provided did not help.

☐ Sick Call    ☐ Dentist    ☑ Prescription Refill    ☐ Mental Health    ☑ Other (specify)

Nature of complaint

Since I have been here at the Correctional Industrial Facility I have developed an issue with urinating. I was prescribed a medication called "Sulfameth TMP", I believe it was. For the issue that I developed to still release urine after I was done urinating.

The medication did Not work, I am still experiencing a issue, which is urine running down my leg after I feel as if I am done.

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-3-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial (new) prescriptions. I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account. I will not receive a receipt for this withdrawal; however, I may review the balance of my Trust Account as provided by facility procedures.

29B-3B

| Signature of Offender | Printed name | DOC number | Date signed (month, day, year) |
|---|---|---|---|
| Courtney Parker | Courtney Parker | 161825 | 9-4-22 |

## TO BE COMPLETED BY HEALTH CARE STAFF

Response of Health Care staff

Seen, referred to provider    NSC

### IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT.

| Signature of Health Care staff | Date signed (month, day, year) |
|---|---|
| | |

## TO BE COMPLETED BY HEALTH CARE STAFF / FOR BUSINESS OFFICE USE

Was a new prescription provided?

☐ Yes    ☐ No

**TOTAL AMOUNT OF CO-PAYMENT**

$ _____

Amount of Co-Payment

☐ $5.00 Health Care Contact
☐ $5.00 New Prescription

| Signature of Health Care staff | Date signed (month, day, year) |
|---|---|
| | |

# 7613 CIF

### PATIENT IDENTIFICATION

Full name of patient

DOC number

Date of birth (month, day, year)

**DISTRIBUTION:** White - Health Care Chart;
Canary - Offender / Business Office

I want me a sex machine
I Need me a sex machine
Shorty she a sex machine
sex machine sex machine

I Need me a sex machine
I want me a sex machine
Shorty she a sex machine
sex machine sex machine

She gone dance til she sweat until her clothes wet
Like she workingout like maxing out a set

I want me a sex machine
I Need me a sex machine
sex machine sex machine
I Need me a sex machine
I want me a sex machine
She a sex machine
sex machine sex machine

**REQUEST FOR HEALTH CARE**

State Form 45913 (R3 / 9-12)

Approved by State Board of Accounts, 2012

INDIANA DEPARTMENT OF CORRECTION

40572

| TO BE COMPLETED BY OFFENDER |
|---|

I request Health Care Services as follows:

☐ Sick Call    ☐ Dentist    ☐ Prescription Refill    ☐ Mental Health    ☑ Other *(specify)* _____

Nature of complaint

Greetings,

     At this time I am writing to you all because I am preparing to File a Tort Claim; and I need to be specific in regards to all accounts. Having had said that, I need to know the exact day I was prescibed the medication (Flomax) "Tamsulosin.

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-3-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial *(new)* prescriptions. I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account. I will not receive a receipt for this withdrawal; however, I may review the balance of my Trust Account as provided by facility procedures.

DW-330

| Signature of Offender | Printed name | DOC number | Date signed *(month, day, year)* |
|---|---|---|---|
| Courtney Parker | Courtney Parker | 161825 | 4/18/23 |

| TO BE COMPLETED BY HEALTH CARE STAFF |
|---|

Response of Health Care staff

4-15-2022

| IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT. |
|---|

| Signature of Health Care staff | Date signed *(month, day, year)* |
|---|---|
| | 4-19-23 |

| TO BE COMPLETED BY HEALTH CARE STAFF / FOR BUSINESS OFFICE USE |
|---|

Was a new prescription provided?

☐ Yes    ☐ No

Amount of Co-Payment

☐ $5.00 Health Care Contact
☐ $5.00 New Prescription

TOTAL AMOUNT OF CO-PAYMENT

$ _____

| Signature of Health Care staff | Date signed *(month, day, year)* |
|---|---|
| | |

# 40572

| PATIENT IDENTIFICATION |
|---|

Full name of patient

DOC number

Date of birth *(month, day, year)*

**DISTRIBUTION:**    **White** - Health Care Chart;    **Canary** - Offender / Business Office

## REQUEST FOR HEALTH CARE

State Form 45913 (R3 / 9-12)

Approved by State Board of Accounts, 2012.

INDIANA DEPARTMENT OF CORRECTION

CIF 16753

### TO BE COMPLETED BY OFFENDER

I request Health Care Services as follows:

☐ Sick Call    ☐ Dentist    ☐ Prescription Refill    ☐ Mental Health    ☑ Other (specify) _____

Nature of complaint

I am prescribed the medication Flomax. I was issued Flomax due to my ability to urine was being hindered by what I ~~was~~ was told was an enlarged prostate.

Having had not received the Flomax in over a month between doses, my urine issue returned. I am requesting that the medical staff explain to D.H.B. officer Mr. Purdue what issues a person on Flomax not receiving Flomax, can experience.

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-3-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial (new) prescriptions. I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account. I will not receive a receipt for this withdrawal; however, I may review the balance of my Trust Account as provided by facility procedures.

27A 1C

| Signature of Offender | Printed name | DOC number | Date signed (month, day, year) |
|---|---|---|---|
| Courtney Parker | Courtney Parker | 161825 | 2-7-23 |

### TO BE COMPLETED BY HEALTH CARE STAFF

Response of Health Care staff

~~DON~~ CeN

You are given ample time to produce a Urine Specimen even considering your medical issue.

Refill Requested on 2-13-23

### IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT.

| Signature of Health Care staff | Date signed (month, day, year) |
|---|---|
| T Collingra | 2-10-23 |

### TO BE COMPLETED BY HEALTH CARE STAFF / FOR BUSINESS OFFICE USE

Was a new prescription provided?

☐ Yes    ☐ No

**TOTAL AMOUNT OF CO-PAYMENT**

$ 0

| Amount of Co-Payment | Signature of Health Care staff | Date signed (month, day, year) |
|---|---|---|
| ☐ $5.00 Health Care Contact<br>☐ $5.00 New Prescription | | 2-13-23 |

CIF # 16753

### PATIENT IDENTIFICATION

Full name of patient

DOC number

Date of birth (month, day, year)

**DISTRIBUTION:** **White** - Health Care Chart;
**Canary** - Offender / Business Office

**REQUEST FOR HEALTH CARE**

State Form 45913 (R3 / 9-12)

Approved by State Board of Accounts, 2012

INDIANA DEPARTMENT OF CORRECTION

47050

| TO BE COMPLETED BY OFFENDER |
|---|

I request Health Care Services as follows:

☐ Sick Call    ☐ Dentist    ☐ Prescription Refill    ☐ Mental Health    ☑ Other *(specify)* _____

Nature of complaint

On behalf of the fact that I have an on going issue with urinating normally and I am prescribed Tamsulosin (Flomax), I would like to have for my own knowing and personal records the date in which my dose of the said medication was doubled.

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-3-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial *(new)* prescriptions. I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account. I will not receive a receipt for this withdrawal; however, I may review the balance of my Trust Account as provided by facility procedures.

D 330

| Signature of Offender | Printed name | DOC number | Date signed *(month, day, year)* |
|---|---|---|---|
| Courtney Parker | Courtney Parker | 161825 | 6-22-23 |

| TO BE COMPLETED BY HEALTH CARE STAFF |
|---|

Response of Health Care staff

Increased 6/15/23

*IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT.*

| Signature of Health Care staff | Date signed *(month, day, year)* |
|---|---|
| Jaiden Lutz | 6/22/23 |

| TO BE COMPLETED BY HEALTH CARE STAFF / FOR BUSINESS OFFICE USE |
|---|

Was a new prescription provided?

☐ Yes    ☐ No

**TOTAL AMOUNT OF CO-PAYMENT**

$ _____

Amount of Co-Payment

☐ $5.00 Health Care Contact
☐ $5.00 New Prescription

| Signature of Health Care staff | Date signed *(month, day, year)* |
|---|---|

| PATIENT IDENTIFICATION |
|---|

# 47050

Full name of patient

DOC number

Date of birth *(month, day, year)*

**DISTRIBUTION:** **White** - Health Care Chart;
**Canary** - Offender / Business Office



**OFFENDER GRIEVANCE**
State Form 45471 (R4 / 4-17)
DEPARTMENT OF CORRECTION

| | FOR OFFICIAL USE ONLY |
|---|---|
| | Grievance number |
| | 137412 |

| To: **Facility Grievance Specialist** | Facility C.I.F | Date (month, day, year) 1/15/22 |
|---|---|---|

| From (name of offender) Courtney L. C. Parker | DOC number 161825 | Signature of offender Courtney L. C. Parker |
|---|---|---|

Housing assignment B 3 29 B                  Date of incident (month, day/year) 1-13-22

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance.
(NOTE: A Single ONE-sided sheet of paper may be attached if necessary to explain your grievance.)

ON 1, 13, 2022 during the hours 5:30 p.m. through 8:30 p.m. the Custody Staff here at the Correctional Industrial Facility Neglected their duty to allow me to utilize the restroom. Housed on the Second Floor in 29 B, on the 1-3 side of B. I was Not afforded the opportunity to use the restroom as those that are housed on the First Floor were. Causing me to experience unbarable testicle pain. Violating the two (2) hour State law that is in affect to insure the fact that inmates utilize the restroom in a respectable time frame.

I was placed on lock down by Sgt. Willson as he was given a order by Captain Ridgeway

State the relief that you are seeking.

1.) All ranges be allowed to use bathrooms at the same time.

2.) To See medical personnel for testicle pain without being charged the $10.00 fee

3.) To be provided out patient care on behalf of testicle pain

| Signature of Facility Grievance Specialist Ros | Date (month, day, year) 1-18-22 |
|---|---|

Indiana Department of Correction
Correctional Industrial Facility

## Offender Grievance Response Report
### Case Log #: 137412

**DOC No:** 161825          **Offender Name:**   Courtney Parker                    **Bldg/Range/Bed:** B-3- 28A

**Current Facility:**  CIC

---

**TOPIC:**   Operations, Institution - Other Operations                    **Incident Date:**  13-JAN-22

## Response

---

| LEVEL | Form Issue Date | Level Receive Date | Response Date |
|---|---|---|---|
| I - Formal Grievance | 15-JAN-22 | 18-JAN-22 | 18-JAN-22 |

---

**Level Response**

Offender Parker, this matter was referred to Captain Ridgway for a response. He stated that he did not give an order for the unit to be locked down during this time. He further stated that he is aware of the problem on this day and time and has appropriately addressed the matter with staff as to avoid any future issues. If you need to see medical regarding an issue you need to submit a healthcare request form and you will be charged appropriately.

I can offer no further relief.

L. Rasmussen, Grievance Specialist

---
_Executive Assistant_                              1-18-22
                                                    **Date**

---
_Student/Offender_                                 **Date**

_____ Agree _____ Disagree

THIS SCANNED FEB 1 7 2022

18-JAN-22 11:43 AM                    Page 1 of 1

**REPORT OF CONDUCT**
State Form 39590 (R5 / 2-19)
INDIANA DEPARTMENT OF CORRECTION

Case number _C1L23-01.0087_
Date assigned *(month, day, year)*
_1.11.23_

**INSTRUCTIONS:** *Type or Print clearly.*

**NOTE TO REPORTING EMPLOYEE:** *This report is to be filled out in triplicate. All copies shall be forwarded to the screening officer, in accordance with the Disciplinary Code for Adult Offenders.*

| Name of offender | | DOC number of offender | Facility | Housing unit |
|---|---|---|---|---|
| Parker, Courtney | | 161825 | CIF | 1C-27A |

| Date of incident *(month, day, year)* | Time of incident | ☐ AM ☑ PM | Place of incident | Date report written *(month, day, year)* |
|---|---|---|---|---|
| 1/10/2023 | 12:45 | | I&I Interview Room | 1/10/2023 |

| Offense | Code number |
|---|---|
| Bodily Fluid | A123 |

| **DESCRIPTION OF INCIDENT** *(If more space is needed, attach additional sheets in triplicate.)* |
|---|

*Identify the conduct violation that was committed. Describe the conduct violation in detail. Be sure to identify everyone involved in the conduct violation and all witnesses to the conduct violation. Explain in detail what you observed and how the offender's conduct amounts to a violation of the Adult Disciplinary Code. Note any unusual behavior by the offender, if applicable.*
*If the conduct report is for a violation of B202, B231, or C305, describe the characteristics of the substance that led you to believe the substance was a controlled substance or tobacco, or describe the characteristics / behaviors that led you to believe the offender was under the influence of intoxicants.*

On 01/10/2023 at approx. 12:45pm I Investigator D. Deposki entered the I&I interview room and viewed Offender Parker, Courtney 161528 placing paper towels on the chair. When asked Parker what happened? Parker replied that he had pulled down his pants and urinated on the chair. He further mentioned that he held it for 2 minutes and couldn't hold it anymore. Due to Parker placing bodily fluid in a location unintended for the hygienic disposal, he is in clear violation of adult disciplinary code A123.

Disposition of physical evidence, if any

Witness(es), if any

| Signature of reporting employee | Name and title *(please print)* | Screening officer |
|---|---|---|
| | Investigator D. Deposki | |
| Signature of immediate supervisor | Name and title *(please print)* | Date *(month, day, year)* | Time | ☐ AM ☑ PM |
| | Lead Investigator J. Poer | 1/10/2023 | 03:00 | |

| **FOR SCREENING OFFICERS ONLY** |
|---|

| Copy of report delivered to offender by: | Date report delivered *(month, day, year)* |
|---|---|
| | 1.13.23 |
| Signature of offender receiving copy | |

**DISTRIBUTION:** Original - Offender; Copy - Central Office; Copy - Facility Packet



**REPORT OF DISCIPLINARY HEARING VIDEO EVIDENCE REVIEW**
State Form 55721 (R2 / 3-19)
DEPARTMENT OF CORRECTION

| Name of offender<br>Parker, Courtney | | DOC number<br>161825 | Case number<br>CIC 23-01-0087 |
|---|---|---|---|
| Date of incident *(month, day, year)*<br>1/10/23 | Time of incident<br>approx 12:45 PM | Place of incident<br>I&I Interview Room | |
| Date of review *(month, day, year)*<br>1/20/23 | Physical location (server) of video file<br>VIDEO ON EXACQVISION FILES | | |

Was the offender allowed to review video recorded evidence?     ☐ Yes  ☑ No

If no, please explain why.
Jeopardize safety and security of the Facility

---

**SUMMARY OF VIDEO RECORDING BY THE DISCIPLINARY HEARING BOARD**
*If the video was not used as evidence in the hearing, please explain why. If more space is needed, please use a separate sheet of paper.*

I Sgt. J. Pardue reviewed video footage for CIC 23-01-0087. The video that is located in the I&I interview room was not functioning properly so there is no video located inside the area in question. There is an audio recording of the interview and there is video that shows offender Parker #161825 entering into the location of where the I&I interview room is located. This happens at 12:21 PM. At 1:19 PM Parker can be seen exiting the interview room location and walking to C-Corridor. At 1:23 PM a sanitation worker can be seen entering the interview room location and then carrying a plastic chair out. The offender then takes the chair to the restroom. By the way he is carrying the chair it is clear that he is trying to not tip it. Then offender then brings cleaning supplies into the restroom.

The audio recording is 52 minutes and 44 seconds long. During the recording I can hear Mr. Fields, Mr. Robinson and Offender Parker talking back and forth. Staff exit the interview room 27 minutes into the interview.
At 35 minutes into the recording Parker can be heard knocking on the door.
At 35:07 into the recording Parker knocks on the door.
At 36:15 into the recording Parker knocks on the door.
At 36:45 into the recording Parker knocks on the door and mutters something.
At 36:54 into the recording Parker knocks on the door.
At 37:10 into the recording Parker knocks on the door.
At 37:32 into the recording it sounds like Parker is messing around with paper towels.
At 37:41 into the recording you can hear Parker to begin urinating.
At 38:25 into the recording Parker appears to be done urinating.
At 38:33 Parker can be heard messing around with papers again.
At 39:12 Ms. Deposki can be heard entering the room and saying "how you doing". Parker says "I knocked on the door, I guess you all didn't hear me." Deposki asks what happened and Parker says "I pissed in the chair". Parker then states that it was that or on the floor and he thought the chair could be cleaned. Deposki asks if he pulled his pants down and pissed in the chair and he states "yeah".
At 39:53 into the recording Parker begins speaking to Deposki about the same things he was speaking to Fields about. Deposki leaves and Parker can be heard rustling through papers again and it sounds like he is wiping something. When Deposki re-enters again they continue their conversation.
Into the conversation Mr. Poer is heard asking "why did you piss in the chair?". Parker responds by saying that "he's been sitting in there, he has knocked on the door. He didn't want to bang and pound on the door." Parker then states that he was holding it for like two minutes and running from end to end.

---

| Signature of reviewer<br>*J. Pardue* #21 | | Date of review *(month, day, year)*<br>1/20/23 | |
|---|---|---|---|
| Printed name of reviewer<br>Sgt. J. Pardue | | Time of review<br>12:06 PM | |
| Signature of offender | Date given to offender *(month, day, year)* | Time given to offender | ☐ AM<br>☐ PM |

DISTRIBUTION: Original – Disciplinary Hearing Board file; Copy – Offender packet, facility; Copy - Offender



# POSTPONEMENT OF DISCIPLINARY HEARING
State Form #49521 (R / 12-99)

| Name of Offender: Packer Courtney | DOC Number: 161825 | Case Number: AIC 23-01-0457 |
|---|---|---|

| Offense: Bodily Fluid | Code Number: 123 | Original Date of Hearing: 7-7-23 |
|---|---|---|

☐ Request for Postponement Denied. *(Explain Reason(s) in Comments.)*

☐ The Disciplinary Hearing on the Above Named Case is Being Postponed. The Reason For This Postponement is:

☐ Due to the Unavailability of: ☐ Offender ☐ Staff ☐ Witness ☐ Other (Specify: _____ .)

☐ *(Reason for Unavailability:* _____ *.)*

☒ Due to Further Investigation.

☐ Due to Pending Criminal Charges/Prosecution.

☐ Due to Facility Emergency.

☐ Due to Reassignment of Lay Advocate.

☐ Due to Offender's Request.

COMMENTS:  Medical documentation

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| Name of Person Postponing Hearing: | Title: | Date *(Month, Day, Year)*: 7-7-23 |
|---|---|---|

I Understand That the Disciplinary Hearing for the Above Named Case Has Been Postponed. The New Date for This Disciplinary Hearing is;

DATE: On or about 2-17-23

By My Signature, I Agree That I Have Been Notified as to the Postponement of My Disciplinary Hearing.

| Signature of Offender: | Date *(Month, Day, Year)*: | Witness to Offender's Signature: | Date *(Month, Day, Year)*: |
|---|---|---|---|

DISTRIBUTION: White - Facility Packet; Canary - Central Office Packet; Pink - Offender



**NOTICE TO LAY ADVOCATE / WITNESS**
State Form 35447 (R7 / 3-19)
INDIANA DEPARTMENT OF CORRECTION

| Name of offender | DOC number | Case number |
|---|---|---|
| Parker, Courtney | 161825 | CIC 23-01-0087 |
| Offense | Code number | Date of alleged offense (month, day, year) |
| Bodily Fluid | 123 | 2/7/23 |

| ☐ | LAY ADVOCATE | |
|---|---|---|
| Name of requested lay advocate | DOC number | Housing unit |
| | | |

The above-named offender has requested your assistance as Lay Advocate in a Disciplinary Hearing. As the Lay Advocate, you will assist the accused offender in the preparation of the case and you may be requested to assist in an appeal of this case. You are not required to represent this offender as a Lay Advocate.

☐ I AGREE to be Lay Advocate.          ☐ I REFUSE to be Lay Advocate.

| Signature | Date (month, day, year) | Witness | Date (month, day, year) |
|---|---|---|---|
| | | | |

☐ LAY ADVOCATE WAS DENIED. *Explain reason for denial.*

| ☐ | WITNESS | |
|---|---|---|
| Name of witness | DOC number (if applicable) | Housing unit (if applicable) |
| Medical Staff Collins | N/A | N/A |

You have been requested by the above-named offender to appear as a witness and testify as to your knowledge of the above-named alleged violation of the Appropriate Disciplinary Code. If you do not appear, you must give a written statement as to your knowledge of this alleged offense. Whether you appear in person or provide a written statement, you are required to tell the truth or be subject to disciplinary action.

☐ STATEMENT OF WITNESS TAKEN AT DISCIPLINARY HEARING (*PREFERED*).

☑ WRITTEN STATEMENT IN LIEU OF WITNESS APPEARING AT HEARING.

Question: During offender Parker's hearing he asked for a continuance because he wanted to ask the doctor a follow up question. He is claiming that he was out of his medication when he urinated on the chair. The question he is wanting to ask is "Will I result back to not be able to control when or how I urine without the medication?"

Answer: "That is not what that medication is used to treat. So taking or not taking Flomax has nothing to do with incontinence."

(Sent via email on 2/13/23 at 10:58 AM)

**The written statement is a true and accurate summary of my knowledge of the incident.**

| Signature | Date (month, day, year) | Witness | Date (month, day, year) |
|---|---|---|---|
| | | *J. Pardue* #21 | 2/13/23 |

WITNESS DID NOT APPEAR AT HEARING. *Explain reason witness did not appear.*

| Name of staff person recording witness statement | Title | Date (month, day, year) |
|---|---|---|
| | | |

**DISTRIBUTION:** Original - Facility Packet; Copy - Central Office Packet; Copy - Offender



# Indiana State Prison
### Office of the Executive Assistant

*Mark Newkirk, Executive Assistant*
*Pam James, Ext. 2301*


**TO:**        Courtney Parker, DOC 161825 DW 330

**FROM:**    Mark Newkirk, Executive Assistant

**RE:**        **Appeal for a Disciplinary case at another facility**

**DATE:**    March 16, 2023


The Disciplinary Hearing Appeal you forwarded to the Warden's Office is being returned to you because the disciplinary action was taken at another facility.

According to policy number 02-04-101 in the Disciplinary Code for Adult Offenders, the first level of appeal shall be to the Warden or designee of the facility where the hearing was held who shall consider the offender's statements, review for any due process or sanctioning errors and disciplinary consistency.

Therefore, you must send this appeal to the facility where the disciplinary action was taken.

MN/KS

cc:    File



# INDIANA DEPARTMENT OF CORRECTION

## CORRECTIONAL INDUSTRIAL FACILITY
### "RESPONSE OF FACILITY HEAD TO DISCIPLINARY APPEAL"

| NAME | DOC # | HOUSING |
|------|-------|---------|
| PARKER, COURTNEY L. | # 161825 | D D3  330 |

| Disciplinary Case Number: | CIC 23-01-0087 | Code: 123 |
|---|---|---|

Your Disciplinary Appeal has been received and reviewed. I have considered your statement, disciplinary procedure, and disciplinary consistency.

You were charged with 123 "Body fluid and Fecal Waste" and you pled guilty.

You present no new evidence or information that was not available at your hearing; I find no due process errors that would indicate the need for a dismissal and no reason to reverse the findings of the DHB. The sanctions imposed are well within the ADP handbook.

As you pled guilty at the time of the hearing, you may appeal the sanctions only to the Legal Services Division at Central Office. If you do appeal, please provide a copy of this response with that appeal.

**Denied**

_____        4/3/23
**Wendy Knight, Warden**              **Date**


_____        _____
**Offender**                          **Date**

**RECEIVED** MAR 8 2023

**RECEIVE** MAR 16 2023

**REC'D MAR 2 9**

BY:

**DISCIPLINARY HEARING APPEAL**

State Form 39587 (R3/4-94)

**INDIANA DEPARTMENT OF CORRECTION**

Case number  C I C 23 01 0087

**INSTRUCTIONS:** Type or Print clearly

| Name of offender | Offender's DOC number | Facility | Housing unit |
|---|---|---|---|
| Courtney Parker | 161825 | I. S. P. | DW - 330 |

| Date of hearing | Offense | Code number | Date of first appeal |
|---|---|---|---|
| 2-17-23 | Class A Bodily Fluids | 123 | 2-27-23 |

**INSTRUCTION:**

*Appeal must first be made to the facility head within ten (10) working days of the hearing. The individual making the appeal will do so in Section 1 and forward to the facility head, who will make his response in Section 2. The facility head is the final reviewing authority for appeals not involving grievous loss sanctions. (If the response is unfavorable and involves grievous loss sanctions, the offender may then forward the appeal, within fifteen (15) working days of the date the response is received from the facility head, to the appropriate Final Reviewing Authority).*

**SECTION 1**

*Appeal to Facility Head (Be specific in stating reason(s) for appeal)*

Due to how often the Correctional Industrial Facility (C.I.F) Change and replace doctors my ability to obtain a statement from the doctor who initially perscribed to me Flomax was hindered. My symptoms were not mention by the current C.I.F. medical staff because my condition was not known by the current C.I.F. medical staff. However upon a request from the C.I.F. D.H.B. to the C.I.F. medical staff, a statement as to what the medication Flomax went do or cause was submitted which work to no avail on my behalf. Because what was needed was information as to why I was perscribed Flomax; and if the symptoms (disfunctions) that I discribed for the doctor who initially perscribed to me Flomax, would return if I went six weeks without a refill. Not having a refill (Flomax) caused me to regress & not be able to hold urine, leak urine & have to releive myself urgently frequently. When I was overwhelmed by the need to releive myself I attempted to seek the I & I officers who left me unattended in a interview room 10 min after already talking with them for 27 min after writing an additional 30 min to see them.

| Signature of offender | Date |
|---|---|
| Courtney Parker | 2-27-23 |

**SECTION 2**

*Response of Facility Head to appeal.*

| Signature of Facility Head | Date |
|---|---|
|  |  |

NOTE: Offender is responsible for sending copy to Central Office if final review and decision is required.

Amended Information
Disciplinary Hearing Appeal
Case Number # C I C 23 01 0087

The document that I am enclosing along with the Disciplinary
Hearing Appeal is a legit document from "MedlinePlus." It
explains why the medication "Tamsulosin (Flomax)" is prescribed.

The C.I.F. medical staff failed to provide legit information to
the C.I.F. Disciplinary Hearing Officer (MR. Perdue) why the
medication was prescribed to the offender Courtney Parker (161825)
to treat; and what the said offender was subject to experience
going without the medication for several weeks, approximently
six (6).

National Institutes case 2:23-cv-00845-TS-JPK  document 1     filed 10/10/23    page 23 of 23



# MedlinePlus
Trusted Health Information for You

---

Home → Drugs, Herbs and Supplements → Tamsulosin

URL of this page: https://medlineplus.gov/druginfo/meds/a698012.html

# Tamsulosin
pronounced as (tam soo' loe sin)

## Why is this medication prescribed?

Tamsulosin is used in men to treat the symptoms of an enlarged prostate (benign prostatic hyperplasia or BPH) which include difficulty urinating (hesitation, dribbling, weak stream, and incomplete bladder emptying), painful urination, and urinary frequency and urgency. Tamsulosin is in a class of medications called alpha blockers. It works by relaxing the muscles in the prostate and bladder so that urine can flow easily.

## How should this medicine be used?

Tamsulosin comes as a capsule to take by mouth. It is usually taken once a day. Take tamsulosin 30 minutes after the same meal each day. Follow the directions on your prescription label carefully, and ask your doctor or pharmacist to explain any part you do not understand. Take tamsulosin exactly as directed. Do not take more or less of it or take it more often than prescribed by your doctor.

Swallow tamsulosin capsules whole; do not split, chew, crush, or open them.

Your doctor will probably start you on a low dose of tamsulosin and may increase your dose after 2 to 4 weeks.

Tamsulosin may help control your condition, but it will not cure it. Continue to take tamsulosin even if you feel well. Do not stop taking tamsulosin without talking to your doctor.

## Other uses for this medicine

This medication may be prescribed for other uses; ask your doctor or pharmacist for more information.

## What special precautions should I follow?

### Before taking tamsulosin,

- tell your doctor and pharmacist if you are allergic to tamsulosin, sulfa medications, or any other medications.